No. 71–441. JONES ET AL. *v.* VOGEL ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 70–156. ESCUTE *v.* DELGADO, WARDEN, *ante,* p. 824;

No. 70–157. ADMIRAL-MERCHANTS MOTOR FREIGHT, INC., ET AL. *v.* UNITED STATES ET AL., *ante,* p. 802;

No. 70–289. ROSE *v.* ROSE ET AL., *ante,* p. 831;

No. 70–340. HANCOCK *v.* UNITED STATES, *ante,* p. 833; and

No. 71–62. RAMIREZ *v.* UNITED STATES, *ante,* p. 869. Petitions for rehearing denied.

### DECEMBER 14, 1971

No. 71–467. SAVE MORE OF GARY, INC. *v.* UNITED STATES. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

No. 71–5439. ROBINSON *v.* SIGLER, WARDEN. Appeal from Sup. Ct. Neb. dismissed pursuant to Rule 60 of the Rules of this Court.

No. 71–478. WEAVER, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID, ET AL. *v.* DOE ET AL. Appeal from D. C. N. D. Ill. Motion of appellee Doe for leave to proceed *in forma pauperis* granted. Judgment affirmed.